# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | Case Number: 2:19cr00006-013 |
| JEREMY DAVID MALLORY, ) | |
| Defendant ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, the defendant Jeremy David Mallory appeared before the undersigned on July 31, 2019, on allegations that he had violated the terms and conditions of his release imposed by this court on July 3, 2019. Based on the facts contained in the Petition For Action on Conditions of Pretrial Release filed with the court on July 19, 2019, and the defendant's statement that he is not contesting the allegations, I find that the defendant has violated his conditions of release. Therefore, it is **ORDERED** that the defendant's release is revoked, and he shall remain detained pending his trial.

Upon the court's finding that the defendant has violated the terms and conditions of his bond based on his failure to comply with his conditions of release, it is hereby **ORDERED** that, pursuant to Federal Rule of Criminal Procedure 46(f)(1), the defendant shall forfeit the $25,000.00 unsecured bond he entered into on July 3, 2019.

## Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending his

1

revocation hearing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with any further court proceedings.

ENTER: July 31, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE